IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARRY WEAVER *et al.*, | * | |
| PLAINTIFFS, | * | |
| v. | * | Civil Action No. RDB-21-1891 |
| SOUTHWEST AIRLINES, CO, | * | |
| | * | |
| DEFENDANT. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On April 1, 2022, this Court issued a Memorandum Opinion and Order DISMISSING WITHOUT PREJUDICE Plaintiff's claims under 38 U.S.C. § 4311(a) with leave to file an Amended Complaint by April 18, 2022.[1] (ECF Nos. 22, 23.) On April 13, 2022, this Court issued an Order extending the deadline for Plaintiff to file an Amended Complaint through May 2, 2022. (ECF No. 25.) No Amended Complaint has been filed in this case. Accordingly, IT IS HEREBY ORDERED this 11th day of May, 2022 that:

1. The Clerk of this Court is directed to CLOSE this case; and
2. The Clerk of this Court shall transmit a copy of this Order to counsel of record.

_____/s/_____

Richard D. Bennett
United States District Judge

---

[1] This Court dismissed Plaintiff's claims under § 4316(b)(1)(B) with prejudice.